FILED

SEP 11 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1   McGREGOR W. SCOTT
    United States Attorney
2   STANLEY A. BOONE
    SEHILA K. OBERTO
3   Assistant U.S. Attorneys
    4401 Federal Building
4   2500 Tulare Street
    Fresno, California 93721
5   Telephone: (559) 497-4000

6           IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF CALIFORNIA
7

8   IN THE MATTER OF THE              )   S.W. NO.
    SEARCHES OF:                      )
    1: . 0 7 SW 0 0 1 6 9     SMS     )
9                                     )   UNDER SEAL
    8200 Stockdale Highway # K4       )
    Bakersfield, California 93311     )   ORDER SEALING SEARCH WARRANT
10  1: . 0 7 SW 0 0 1 6 7     SMS     )   AFFIDAVITS
    3700 Gosford Road Suite C         )
11  Bakersfield, California 93309     )
    1: . 0 7 SW 0 0 1 7 4     SMS     )
12  12504 Crown Crest Drive           )
    Bakersfield, California 93311     )
13  1: . 0 7 SW 0 0 1 7 3     SMS     )
    10509 New Quay Court              )
14  Bakersfield, California 93311     )
    1: . 0 7 SW 0 0 1 7 2     SMS     )
15  12716 Crown Crest Drive           )
    Bakersfield, California 93311     )
16  1: . 0 7 SW 0 0 1 7 9     SMS     )
    5208 Glacier Canyon Court         )
17  Bakersfield, California 93313     )
    1: . 0 7 SW 0 0 1 7 8     SMS     )
18  12403 Crown Crest Drive           )
    Bakersfield, California 93311     )
19  1: . 0 7 SW 0 0 1 6 8     SMS     )
    11503 Walderi Street              )
20  Bakersfield, California 93311     )
    1: . 0 7 SW 0 0 1 7 1     SMS     )
21  11719 Covent Gardens Drive        )
    Bakersfield, California 93311     )
22  1: . 0 7 SW 0 0 1 7 0     SMS     )
    4500 California Avenue Suite      )
23  #209                             )
    Bakersfield, California 93309     )
24  1: . 0 7 SW 0 0 1 7 5     SMS     )
    12004 Bedfordshire Drive,         )
25  Bakersfield, California 93311     )
    1: . 0 7 SW 0 0 1 7 6     SMS     )
26  11911 Crockett Court,             )
    Bakersfield, California           )
27  1: . 0 7 SW 0 0 1 7 7     SMS     )
    10800 Stratton Court,             )
28  Bakersfield, California           )
                                      )
                                      )
    _____   )

                        1

1

2          The United States of America, having applied to this

3    Court, for an Order permitting it to file the search warrant

4    and applicants and affidavits in the above-entitled

5    proceedings, together with its Application to Seal, Memorandum

6    of Points and Authorities and the accompanying Declaration of

7    Stanley A. Boone, under seal, and good cause appearing

8    therefor,

9          IT IS HEREBY ORDERED that the search warrant affidavit in

10   the above-entitled proceeding, together with the Application To

11   Seal of the United States Attorney and the accompanying

12   Memorandum of Points and Authorities and Declaration of Stanley

13   A. Boone, shall be filed with the Court in camera, under seal

14   and shall not be disclosed pending further order of this court.

15

16

17   DATED: 9/11/07

18                              SANDRA M. SNYDER
                                U.S. Magistrate Judge
19

20

21

22

23

24

25

26

27

28

1