

FILED

AUG 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8  IN THE MATTER OF:               )   07-SW-00169   SMS
                                   )   07-SW-00167   SMS
9  8200 Stockdale Highway, #K4     )   07-SW-00174   SMS
   Bakersfield, California 93311   )   07-SW-00173   SMS
10                                 )   07-SW-00172   SMS
   3700 Gosford Road, Suite C      )   07-SW-00179   SMS
11 Bakersfield, California 93309   )   07-SW-00178   SMS
                                   )   07-SW-00168   SMS
12 12504 Crown Crest Drive         )   07-SW-00171   SMS
   Bakersfield, California 93311   )   07-SW-00175   SMS
13                                 )   07-SW-00176   SMS
   10509 New Quay Court            )   07-SW-00177   SMS
14 Bakersfield, California 93311   )
                                   )   ORDER TO UNSEAL SEARCH WARRANT
15 12716 Crown Crest Drive         )   AFFIDAVIT AND WARRANTS
   Bakersfield, California 93311   )

16 5208 Glacier Canyon Court       )
   Bakersfield, California 93313   )

17 12403 Crown Crest Drive         )
   Bakersfield, California 93311   )

18

19 11503 Walderi Street           )
   Bakersfield, California 93311   )

20 11713 Covent Gardens Drive      )
   Bakersfield, California 93311   )

21

22 4500 California Avenue, Ste 209)
   Bakersfield, California 93309   )

23 12004 Bedfordshire Drive        )
   Bakersfield, California 93311   )

24

25 11911 Crockett Court            )
   Bakersfield, California         )

26 10800 Strattong Court           )
   Bakersfield, California         )

27

28

                                  1

1     The search warrant affidavit in this case having been sealed
2 by Order of its Court on September 11, 2007, and it appearing that
3 the affidavit and warrant are not required to remain secret based
4 upon the motion submitted by the government,

5     IT IS HEREBY ORDERED that the search warrant affidavits and
6 warrants be unsealed and made public record.

7

8

9

10 DATED: _____

11 UNITED STATES MAGISTRATE JUDGE

12     SM SNYDER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28